**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**
0:11-md-2222-Cohn

**IN RE: ENFAMIL LIPIL MARKETING
AND SALES PRACTICES LITIGATION**

Rene Ramos v. Mead Johnson and Company, LLC,  )
N.D. California, C.A. No. 3:10-05772           )          MDL No. 2222

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Ramos*) on February 10, 2011.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Ramos* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order.  Plaintiff has now withdrawn her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on February 10, 2011, is LIFTED.  This action is transferred to the Southern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James I. Cohn.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel